MOTION GRANTED: A status conference in this matter is hereby set for Monday, February 13, 2017, at 10:00 a.m.

*Kevin H. Sharp*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 3:16-cr-00043 |
| v. | ) | |
| | ) | CHIEF JUDGE SHARP |
| | ) | |
| PAUL GRATTON | ) | |

## GOVERNMENT'S REQUEST FOR STATUS CONFERENCE

The United States of America, by and through its attorney, the United States Attorney for the Middle District of Tennessee, respectfully requests that this Court set a status conference in the above-referenced case. In support of this request, the government sets forth as follows:

1. This case is currently set for trial on March 7, 2017. This is the third trial date that has been set in this case.

2. On October 7, 2016, the parties appeared before the Court for a status conference. At that hearing, the Court ordered defense counsel to secure an expert to determine whether the defendant was competent to stand trial in this case. It is the government's understanding that defense counsel thereafter secured an expert, who met with the defendant and prepared a report regarding the defendant's competency. The government has not been provided a copy of that report, although the government understands that the expert deemed the defendant competent to proceed to trial. On December 22, 2016, defense counsel filed a motion for a status hearing with the Court (Doc. 79) regarding counsel's representation of the defendant in light of the expert's report.

3. Additionally, in September and October 2016, the defendant filed numerous pro se motions. The government has responded to those motions, which remain pending.