UNITED STATES of AMERICA,       )
                                )
V.                              )       3:16-CR-00043
                                )
                                )
PAUL GRATTON.                   )

### Notice: disqualify, breach of trust

i: Paul; Gratton, requires said COURT:

1) Kevin Sharpe man acting as Judge for said case be remove[d]

2) Said man does interfer with trust [cf. fidutiary duty] between i and my 'Elbow Council' by way of;

    a) said man does speak to Paul's elbow council  David Hopkins without authority

    to do so [cf. rights of audience].

    b) 'Elbow Council' does speak out of turn at court and breaches trust [cf. fidutiary duty].

i order [wo]man acting as court clerk, Keith Throckmorton, to replace said man who acts as Judge for these improper conducts as said man is now party to the trust and therefore Kevin Sharpe creates a conflict of interest.

i: Paul; Gratton
5297 Asbury Road
Murfreesboro, Tennessee

### CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Motion for "Motion: disqualify, judciial bias" has been delivered via CM/ECF system, which will send a Notice of Electronic Filing to the following: John Benjamin Schrader, Assistant United States Attorney, 110 Ninth Avenue South, Suite A-961, Nashville, TN 37203-3870, on this the ___21___ day of February, 2017.

/s/ David M. Hopkins,

elbow Counsel for Paul Gratton