# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Case No.: 3:16-00043

UNITED STATES OF AMERICA
V.

PAUL GRATTON

(list each defendant appearing at hearing)

Judge: Kevin H. Sharp
Hearing Date: March 10, 2017
Location: ☑ Nashville  ○ Columbia  ○ Cookeville
Court Reporter: Cathy Leigh
Court Interpreter:

## CRIMINAL MINUTES

Government Attorney(s): Benjamin Schrader, Ahmed A. Safeeullah

Defense Attorney(s): Paul Gratton (David M. Hopkins)

## TRIAL PROCEEDINGS

1. Jury Trial* ☑
2. Non-Jury Trial*
3. Sentencing Hearing Contested*
4. Supervised Release Hearing-Contested*
5. Probation Revocation Hearing-Contested*
6. Other Evidentiary Hearing*
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment
8. Plea Hearing
9. Sentencing Hearing
10. Status conference
11. Pretrial Conference
12. Supervised Release Revocation Hearing
13. Probation Revocation Hearing
14. Motion Hearing
15. Other Proceeding
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

DAY TWO: Both sides completed proof. Trial to resume on March 13, 2017, at 9:00 a.m. for jury instructions.

Total Time in Court: 6 hours 15 minutes

KEITH THROCKMORTON, Clerk
by: Angie Brewer