3:16-CR-00043

## Notice: Trust

'i': Paul; Gratton give notice to all that 'i' hold trust with person "UK Aero, Inc."

'i' wish no man [no matter his person] be held liable for trespass upon the trust;

'i' say that said person [UK Aero, Inc.] holds 'other' trusts with many other persons;

'other' trusts hold privacy, liability, security, property; at times, identity of said 'other' persons;

it does not break said trusts to let all people know: said trusts are confidential, in some cases of secret nature to provide support to certain "government" persons; said trusts may include property, engineering data, records, documents, good-will;

*[signature]*

Paul; Gratton
5297 Asbury Road
Rutherford County
Tennessee-state

On this March 11, in the year of 2017, before me, Tuesday M. Pruitt, a Notary Public, personally appeared firstly being duly Paul; Gratton sworn to be known or identified to me on the basis of Tennessee-state Driver's licence, satisfactory evidence to be the Living Man whose name is subscribed to/in the within instrument, secondly being duly sworn, acknowledged before me that he executed the same as his own free will, act, and deed.

_____ (Seal)
TUESDAY M. PRUITT        Notary Public

*[Notary Seal: TUESDAY M. PRUITT, STATE OF TENNESSEE, Notary Public, WILLIAMSON COUNTY, MY COMMISSION EXPIRES OCTOBER 3, 2020]*

FILED
2017 MAR 13 AM 11:33
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN