UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | No. 3:16-CR-0043-1 |
| v. ) | Judge Lawson/Brown |
| ) | |
| PAUL GRATTON, ) | |
| ) | |
| Defendant ) | |

**O R D E R**

The Defendant's motion to allow travel outside the United States (Docket Entry 227) is **GRANTED**.

A hearing was held in this matter on June 21, 2017. Defendant explained the need for travel to England to settle his mother's estate and dispose of the property he has there. Defendant is a trustee for the disposition of the estate.

The travel shall not exceed **three weeks** and should be completed, if at all practicable, before the end of July, 2017.

As previously authorized, Pretrial Services will return Defendant's United States and English passports to him for the purpose of travel. He will return them to Pretrial Services promptly upon his return to the United States. The previously executed waiver of extradition will remain in full effect and force. Defendant is specifically reminded of the punishments for failing to appear.

Defendant shall report twice a week while on travel to Pretrial Services beginning with the third day after he leaves the Middle District of Tennessee.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge