UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

FILED
2017 AUG -4 PM 12: 38
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

UNITED STATES OF AMERICA,    )
                             )
V.                           ) CASE # 3:16-CR-00043
                             )
                             ) Judge Roger H. Lawson
PAUL GRATTON.                )

## MOTION FOR STATUS AND SET POST TRIAL MOTIONS FOR ORAL ARGUMENT

I, Paul Gratton move the Honourable Court to set a date for a hearing to determine case status and hear post trial oral arguments. For cause, I rely upon the docket entries and post trial motions that require an oral argument. I evoke my right to be fully heard.

I remind the said Court [and more recently appointed Honourable Judge Roger H. Lawson] that the trial was held in March, yet the jurisdictional challenges, prosecutor's discovery violations, failure to serve papers, and acquittal, retrial motions have not yet been heard nor adjudicated.

I remind all parties of my notice pursuant to Rule 26.1.

Rule 26.1 Foreign Law Determination [filed at D.E. 49-1, and D.E.111]
*A party intending to raise an issue of foreign law must provide the court and all parties with reasonable written notice. Issues of foreign law are questions of law, but in deciding such issues a court may consider any relevant material or source–including testimony–without regard to the Federal Rules of Evidence.*

### Conclusion

In the pursuit of justice, I respectfully request that the Court set the case for oral arguments, without delay. Should the Court wish to deny the jurisdictional challenges without an oral argument, I respectfully require the opportunity to re-plead any papers and present further evidence in my favour as I am not represented in this case. [ref D.E. 110].

Respectfully,

*Paul Gratton*,
5297 Asbury Road
Murfreesboro, Tennessee

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing MOTION FOR STATUS AND SET POST TRIAL MOTIONS FOR ORAL ARGUMENT has been delivered to the USDC Court Clerk's office to enter and serve via CM/ECF system, which shall send a Notice of Electronic Filing to the following: John Benjamin Schrader, Assistant United States Attorney, 110 Ninth Avenue South, Suite A-961, Nashville, TN 37203-3870, on this the 4th day of August, 2017.

Paul Gratton