# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| V. | ) CASE # 3:16-CR-00043 |
| | ) |
| | ) Judge Roger H. Lawson |
| PAUL GRATTON. | ) |

## IMMEDIATE MOTION TO STAY THE CASE [until Jurisdiction is proven]

As a matter of Law and by Judical notice and memorandum of Law [filed this date]

I, Paul Gratton, immediately motion to stay this case until the Honourable Court establish, on the record, jurisdiction in this case.

Until all jursidictional issues are settled, I, Paul Gratton, do not consent to the sentencing report, or to the Government response to the sentencing report. I evoke my right to answer sentencing matters until after Jursidictional issues have been adjudicated.

### Argument

Some Jurisdictional challenges are argued in Docket Entries 221, and 204. It would be unlawful and illegal for the prosecutor to move the Honourable Court until all the Jurisidictional [written and oral] arguments are adjudicated.

### Conclusion

As a matter of Law, I respectfully request that the Court stay this case until jurisdictional challenges are adjudicated. Should the Court wish to deny any of my pleadings, I respectfully require the opportunity to re-plead any papers as I am not represented in this case.

Respectfully,

Paul Gratton,
5297 Asbury Road, Murfreesboro, Tennessee

IN WITNESS WHEREOF, I, Paul Gratton, man with life and breath have here unto set my hand this

Day of August, 2017 on Rutherford County, Tennnessee.

*Paul Gratton*

Tennessee, RutherfordCounty

On this, the       day of August, 2017, before me a notary public, the (above) signed, Paul; Gratton, personally appeared before me; verified his identity, as I witnessed his signature on this instrument herein contained. In witness hereof, I here unto set my hand and official seal.

Notary Public *[signature]*

*[Notary seal: KIM C. GILLELAND, STATE OF TENNESSEE NOTARY PUBLIC, RUTHERFORD COUNTY, MY COMMISSION EXPIRES 3-23-2021]*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing IMMEDIATE MOTION TO STAY THE CASE [until Jurisdiction is proven] has been delivered to the USDC Court Clerk's office to enter and serve via CM/ECF system, which shall send a Notice of Electronic Filing to the following: John Benjamin Schrader, Assistant United States Attorney, 110 Ninth Avenue South, Suite A-961, Nashville, TN 37203-3870, on this the    th day of August, 2017.

Paul Gratton
5297 Asbury Road
Murfreesboro, Tennessee
615-849-7559