IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | No. 3:16-cr-00043 |
| v. ) | |
| ) | JUDGE LAWSON |
| ) | |
| PAUL GRATTON ) | |

**GOVERNMENT'S OPPOSITION TO DEFENDANT PAUL GRATTON'S
"IMMEDIATE MOTION TO STAY THE CASE" (Doc. 242)**

The United States of America, by and through its attorney, the Acting United States Attorney for the Middle District of Tennessee, respectfully opposes defendant Paul Gratton's "Immediate Motion to Stay the Case [until Jurisdiction is proven]" (Doc. 235). The government understands Gratton's motion to be a request that he be permitted not to address matters related to sentencing in this case until the Court rules on the jurisdictional issues Gratton raised in his various motions for a judgment of acquittal following trial in this case (see Docs. 218, 219, 220, and 221). For the reasons set forth in the government's Collective Opposition to Defendant Paul Gratton's Motions for a Judgment of Acquittal (Doc. 223), however, those motions are without merit. The Court should therefore deny Gratton's motion.

                                            Respectfully submitted,

                                            JACK SMITH
                                            Acting United States Attorney

                By:    /s/ *Ben Schrader*
                         BEN SCHRADER
                         Assistant United States Attorney
                         110 9th Avenue South, Suite A-961
                         Nashville, Tennessee 37203
                         (615) 401-6615

Dated: August 28, 2017

## CERTIFICATE OF SERVICE

  I hereby certify that on August 28, 2017, I electronically served one copy of the United States' Opposition to Defendant Paul Gratton's "Immediate Motion to Stay the Case [until Jurisdiction is proven]" with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to elbow counsel for the defendant. I also emailed a copy of this Opposition to Mr. Gratton at ukaero@yahoo.com.

                *s/Ben Schrader*
                BEN SCHRADER
                Assistant U.S. Attorney
                110th Avenue South, A96l
                Nashville, Tennessee 37203
                Phone: (615) 736-5151