FILED

2017 DEC -4 AM 11:18

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

IN REGARDS TO    3:16-CR-00043

Notice: Next Friend

i: Paul Gratton respectfully notice all parties that i, bring, with my person, (a) replacement [6th ammendment] McKenzie friend, next friend, to aid and assist i at Court.

Paul Gratton
5297 Asbury Road
Murfreesboro Tennessee
615-849-7559

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the (pleading) _____
has been served on:
To Be Served by Electronic Docket to
(Name) John Benjamin Schreder
(Address) AUSA A961
(Address) Broadway, Nashville Tennessee

(Name) _____
(Address) _____
(Address) _____

(Name) _____
(Address) _____
(Address) _____

(Name) _____
(Address) _____
(Address) _____

(Name) _____
(Address) _____
(Address) _____

(Name) _____
(Address) _____
(Address) _____

(Name) _____
(Address) _____
(Address) _____

(Name) _____
(Address) _____
(Address) _____

(Name) _____
(Address) _____
(Address) _____

on the 4th day of December, 2017.

_____
Signature

_P Gra_
(Signature)

Paul Gratton
(Print Name)

5297 Asbury Road

Murfreesboro,

Tennessee 615 849 2559
(Address & Telephone Number, if any)