UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

IN REGARDS TO
3:16-CR-00043

Notice: Kyle Quigley

Kyle Quigley does manifest before Court, to present investigation information, that should be that should be performed by Prosecutor, John Benjamen Schrader

Paul Gratton
5297 Asbury Road
Murfreesboro Tennessee
(615) 849-2559

# Affidavit of Truth

I, Kyle Quigley, have come to Tennessee to assist Paul Gratton in proving his innocence.

Prior to coming to America, I obtained evidence from Daniel Valmont whilst holding the position of Sergeant at South Yorkshire Constabulary. That evidence is attached to this affidavit.

Affiant declares under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on 3rd December, 2017.

                                                      Kyle Quigley

Tennessee State, Rutherford County

Personally appeared before me the undersigned, an officer authorized to administer oaths, Kyle Quigley with valid identification, who first being duly sworn, deposes and says that the forgoing, instrument was subscribed and sworn before me, this 3rd day of December, 2017.

_____ Notary Public

[Notary Seal: TUESDAY M. PRUITT, STATE OF TENNESSEE, Notary Public, WILLIAMSON COUNTY, MY COMMISSION EXPIRES OCTOBER 3, 2020]

## Sworn Statement of Truth

I am Daniel Valmont of
Valmont Firearms, Lodge Court, 5 Roberts Grove, Aston, Sheffield, South Yorkshire.
I give this statement of my own free will and accord, without reservation or equivocation. I have not received any payment or reward for this statement.

I run a business for firearms and air rifles that is highly regulated and closely monitored.
I sold some air rifles moderators to a man, who called himself Paul Gratton, in June 2015.
The air rifle moderators in question are not regulated under the Firearms Act of 1968.
I did not see Paul Gratton's identification as this was not required under English Law.

Since that time, no one from the American ATF or any US law enforcement officer has been in contact with me about Paul Gratton or these moderators in the picture.

Above is a true and accurate version of events which has been signed by myself.

DANIEL VALMONT......_(signature)_...... DATE...... 12/11/17

**WITNESSED BY**

......_(signature)_...... DATE...... 13/11/17

## Questions for Daniel Valmont

1. Did you sell air rifle Moderators to Paul Gratton like the ones in the picture?
DV: YES

2. Was that in June 2015?
DV: YES

3. Is this the receipt for them?
DV: NO

4. Can you confirm that these are used on 0.177 and 0.22 caliber air rifles?
DV: YES

5. Were these sold across the counter? no special licence required?
DV: YES

6. These Air rifle moderators are not regulated or registered, correct?
DV: CORRECT.

7. Has anyone from the ATF in the USA contacted you about Paul or these moderators?
DV: NO

8. Would you mind signing a statement to that effect?
DV: YES

*[Signature: DV]*

13/11/17.

QUESTIONS ASKED BY MR KYLE QUIGLEY ON MONDAY 13th NOVEMBER 2017 AT MR VALMONTS HOME/WORK ADDRESS BETWEEN 15:40HRS – 16:00HRS. VALMONT FIREARMS LOOSE COURT S ROBERTS GROVE

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the (pleading) _____
has been served on:
To Be Served by Electronic Docket to
(Name) John Benjamin Schrader
(Address) AUSA A961
(Address) Broadway, Nashville Tennessee,

(Name)
(Address)
(Address)

(Name)
(Address)
(Address)

(Name)
(Address)
(Address)

(Name)
(Address)
(Address)

(Name)
(Address)
(Address)

(Name)
(Address)
(Address)

(Name)
(Address)
(Address)

(Name)
(Address)
(Address)

on the 4th day of December, 2017.

_____
Signature

_(Signature)_
(Signature)

David Grattan
(Print Name)

5297 Asbury Road

Murfreesboro,

Tennessee 615 849 7557
(Address & Telephone Number, if any)